## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH BERGE, ET. AL, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 10-373 (RBW) |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ET AL., ) | |
| ) | |
| Defendants. ) | |

**OPPOSITION TO PLAINTIFFS' MOTION TO CONSOLIDATE WITH OCTOBER 1ST DOCKET HEARING ON PLAINTIFFS' MOTION FOR CLASS CONSIDERATION**

Plaintiffs' motion to have their motion for class certification also heard at the preliminary injunction hearing is another attempt for this Court to prematurely address class certification. This Court has already stayed consideration of class certification, *see* Minute Order, June 22, 2010, and defendants have not filed a response to plaintiffs' motion. As the record reflects, when plaintiffs interpreted the stay as expiring on August 21, 2010, and asked this Court to order briefing on class certification, the government opposed that motion on the same grounds it originally moved to stay class certification; there has been no final agency action and, thus, it would be premature to decide class certification when the underlying claims of the named plaintiff are in such flux. *See* Opposition to Plaintiffs' Motion to Schedule Remaining Briefing And Consideration of Plaintiffs' Motion for Class Certification (Dkt. #46);[1] *see also* Defendants' Motion to Stay Motion to Certify Class or, in the alternative, Motion for Extension of Time to

---

[1] The government also proposed, to the extent it was necessary, that this Court modify its stay order to clarify that all proceedings on plaintiffs' motion for class certification are stayed pending disposition of the government's dispositive motion. *See id*.

Respond to Motion for Class Certification (Dkt. #s 8,9); Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Stay Motion to Certify Class or, in the alternative, Motion for Extension of Time to Respond to Motion for Class Certification (Dkt. #11); Defendants' Motion to Dismiss Or, In the Alternative, to Hold This Action In Abeyance and Memorandum in Support Thereto (Dkt. #12); Defendants' Reply to Plaintiffs' Memorandum In Opposition To Defendants' Motion To Dismiss Or, In The Alternative, To Hold This Action In Abeyance (Dkt. #31).

Because there has been no been no final agency action, and for the reasons explained in the other filings on this matter, this Court should deny plaintiffs' motion. Plaintiffs posit in their motion that the government will issue a final decision on September 20, 2010, and thus the government's motion to dismiss will become moot. But, as will be explained further in the government's opposition to plaintiffs' motion for a preliminary injunction, that date has had to be adjusted to November 3, 2010.[2] Without knowing the outcome of the agency's final decision, it is premature for this Court to address plaintiffs' motion for class certification. Plaintiffs' motion should be denied.

---

[2] Plaintiffs have had the opportunity to participate in the ongoing administrative process. *See* TMA Reopening of the Denial of Z.B.'s ABA Claim, attached as Attachment B to Defendants' Memorandum in Support of Their Motion to Dismiss Or, In the Alternative, to Hold This Action in Abeyance (Dkt. #12-2). TMA requested plaintiffs to provide their submissions to the agency for review no later than July 31, 2010, so that the agency could complete their review by September 20, 2010. *See id*. Again, as will be explained further in the opposition to plaintiffs' motion for preliminary injunction, plaintiffs did not send their final submissions to the agency until August 30, 2010.

Dated: September 22, 2010

Respectfully submitted,

TONY WEST
Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney for the District of Columbia

VINCENT M. GARVEY
Deputy Director, Federal Programs Branch

_/s/_____
ADAM D. KIRSCHNER
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
<u>Mailing Address</u>
P.O. Box 883
Washington, D.C., 20044
<u>Delivery Address</u>
20 Massachusetts Ave., NW., Room 7126
Washington, DC 20001
Telephone: (202) 353-9265
Fax: (202) 616-8470
Adam.Kirschner@usdoj.gov

ATTORNEYS FOR DEFENDANTS