UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH BERGE, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | Civil Action No. 10cv373 (RBW) |
| v. ) | |
| ) | |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

In accordance with the Court's oral instructions issued during the motion hearing held on November 15, 2010, it is hereby

**ORDERED** that the defendants shall produce the complete administrative record to the plaintiffs and file a copy with the Court by December 7, 2010.[1]  It is further

**ORDERED** that the Plaintiffs' Motion to Compel Production of the Administrative Record is DENIED as MOOT.   It is further

**ORDERED** that in light of the defendants' issuance of its Formal Review Decision by the Director of the TRICARE Management Activity of the United States Department of Defense on October 29, 2010, which now amounts to final agency action, the plaintiffs shall amend their Complaint to address the reasoning set forth in that decision by December 13, 2010.  It is further

---

[1] The Court notes that this date is contingent upon the plaintiffs' submission of privacy waivers from the parents and those parents on behalf of their minor children whose identities were made known to the defendants by the plaintiffs.

**ORDERED** that the Plaintiffs' Motion for Class Certification is DENIED without prejudice.  It is further

**ORDERED** that the plaintiffs may re-file the Plaintiffs' Motion for Class Certification by December 13, 2010.  It is further

**ORDERED** that the defendants' shall file their opposition to the Plaintiffs' Motion for Class Certification, if the defendants intend to oppose the plaintiffs' motion, by December 17, 2010. It is further

**ORDERED** that the parties shall appear before this Court for a hearing on the Plaintiffs' Motion for Class Certification on December 20, 2010 at 10:00 a.m.  It is further

**ORDERE**D that the plaintiffs' Motion For Order, Based on Defendants' Declaration That it "Has Vacated Any Previous Instruction... That ABA Is Not Covered under the Basic Program," Embodying Defendants' Declaration Vacating Any Instruction or Policy That ABA Therapy Is Not a Covered Health Benefit under the Basic Military Health Benefits Program is DENIED as MOOT.  It is further

**ORDERED** that the plaintiffs' Motion for Summary Judgment to Set Aside, As Contrary to Law, Defendant's Policy That Applied Behavioral Analysis (ABA) Therapy is "Special Education" Rather Than Health Care is DENIED without prejudice.  It is further

**ORDERED** that the plaintiffs shall re-file their motion for summary judgment by December 13, 2010.  It is further

**ORDERED** that the plaintiffs are permitted to exceed the normal page limit of their summary judgment motion by 15 pages.  It is further

**ORDERED** that the defendants shall file their opposition to the plaintiffs' motion for

summary judgment, if the defendants intend to oppose the plaintiffs' motion, and the defendants' cross-motion for summary judgment, if such a filing will be made, by January 13, 2011.  It is further

**ORDERED** that the plaintiffs shall file their reply to the defendants' opposition to their motion for summary judgment and their opposition to the defendants' cross-motion for summary judgment, if such filings have been made, by January 27, 2011.  It is further

**ORDERED** that the defendants shall file their reply to the plaintiffs' opposition to their motion for summary judgment by February 11, 2011.  It is further

**ORDERED** that the parties shall appear before the Court on February 15, 2011, at 10:00 a.m., for a hearing during which the Court will address whether the plaintiffs will be permitted to call witnesses during the hearing on the parties' cross-motions for summary judgment, and if so, which witnesses the plaintiffs shall be permitted to call.  It is further

**ORDERED** that the parties shall appear before the Court for a hearing on their cross-motions for summary judgment on February 23, 2011 at 9:30 a.m.  It is further

**ORDERED** that the plaintiffs' Motion to Hold and to Consolidate Hearings is DENIED as MOOT.  It is further

**ORDERED** that the Plaintiffs' Motion to Schedule Remaining Briefing and Consideration of Plaintiffs' Motion for Class Certification is DENIED as MOOT.  It is further

**ORDERED** that the defendants' Motion for Stay of Further Proceedings on the Plaintiffs' Motion for Summary Judgment or, In the Alternative, A Motion for Extension of Time to File a Response Thereto is DENIED as MOOT.  It is further

**ORDERED** that the Plaintiffs' Emergency Motion for a Preliminary Injunction and

Request for Expedited Hearing Pursuant to LcvR 65.1 is DENIED without prejudice.  It is further

**ORDERED** that the Plaintiffs' Motion to Consolidate With October 1st Docket Hearing on Plaintiffs' Motion for Class Certification is DENIED as MOOT.

**SO ORDERED** this 19th day of November, 2010.

REGGIE B WALTON<br>United States District Judge